No. 02–8681.  CALDWELL v. HOOKS, WARDEN, ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 02–8686.  BEGOVIC v. CITY OF DOVER, NEW HAMPSHIRE. C. A. 1st Cir.  Certiorari denied.

No. 02–8691.  TRUJILLO PEREZ v. CALDERON, WARDEN.  C. A. 9th Cir.  Certiorari denied.

No. 02–8693.  JACOBS v. COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 02–8694.  JIMINEZ v. RICE, WARDEN.  C. A. 9th Cir.  Certiorari denied.

No. 02–8698.  WILLIAMS v. CAREY, WARDEN.  C. A. 9th Cir. Certiorari denied.

No. 02–8703.  GUILLORY v. CAIN, WARDEN.  C. A. 5th Cir. Certiorari denied.

No. 02–8706.  MEDINA v. COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir.  Certiorari denied.

No. 02–8711.  TIJERINA v. OHIO.  Ct. App. Ohio, Defiance County.  Certiorari denied.

No. 02–8717.  JOHNSON v. FRANK, SECRETARY, WISCONSIN DEPARTMENT OF CORRECTIONS.  C. A. 7th Cir.  Certiorari denied.

No. 02–8725.  BELTON v. GROSCHKE ET AL.  C. A. 5th Cir. Certiorari denied.

No. 02–8727.  BONNETT v. ANHEUSER-BUSCH, INC.  C. A. 8th Cir.  Certiorari denied.

No. 02–8731.  OMISORE, AKA BENNET v. UNITED STATES. C. A. 6th Cir.  Certiorari denied.

No. 02–8734.  CULLIFER v. CRAIG, JUDGE, DISTRICT COURT OF TEXAS, SMITH COUNTY, ET AL.  C. A. 5th Cir.  Certiorari denied.